Mark L. Cortegiano, Esq. (mc7792)
Attorney for Maspeth Federal Savings and Loan Association
65-12 69th Place
Middle Village, NY 11379
(718) 894-9500

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In Re:

                                                                            Chapter 13

STELLA DOULIS,

                                                                            Case No.   22-73464-ast

                                  Debtor.
-------------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PAPERS**

       **PLEASE TAKE NOTICE** that MASPETH FEDERAL SAVINGS AND LOAN ASSOCIATION hereby appears in the above-captioned case and hereby requests that copies of all notices, papers and pleadings given or filed in the above-captioned case be given and served upon the person listed below at the following address and telephone number:

                                    Mark L. Cortegiano, Esq.
                                    65-12 69th Place
                                    Middle Village, NY 11379
                                    (718) 894-9500
                                    mark@cortegianolaw.com

      **PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of the undersigned: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the undersigned is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves.

Dated: Middle Village, New York
       December 8, 2022

                                       Yours, etc.

                                       /s/Mark L. Cortegiano
Mark L. Cortegiano, Esq. (mc7792)
65-12 69th Place
Middle Village, NY 11379
(718) 894-9500
mark@cortegianolaw.com