UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

STELLA DOULIS a/k/a　　　　　　　　　　　　　　Case No. 22-73464-ast
STELLA SIDERIDIS a/k/a
STYLANI SIDERIS a/k/a　　　　　　　　　　　　　　Chapter 13
STYLANI DOULIS

　　　　　　　　Debtor
-------------------------------------------------------------x

## STATEMENT OF PRE-PETITION SERVICES
## PURSUANT TO E.D.N.Y. LBR 2017-1

1.　　　I serve as of counsel to Pardalis & Nohavicka LLP (P & N"). I serve the firm's bankruptcy clients. I have served in this capacity since 2020. Pursuant to E.D.N.Y. LBR 2017-1, I hereby make the following statement regarding the services rendered to the above-captioned debtor prior to the commencement of this case.

2.　　　As required by Local Bankr. Rule 2017-1(ii), annexed hereto is an itemization of the services rendered to the debtor prior to the bankruptcy filing.

3.　　　As required by Local Bankr. Rule 2017-1(i), the following is a description of the pre-petition services rendered to the debtor:

　　　Along with members of the firms's staff, I consulted with the Debtor on no less than five occasions regarding the bankruptcy case generally, the options available to her, the financial information pertinent to her case, the financial course requirements, the need for the complete and accurate disclosure of the information contained in the schedules and related documents, the debtor's pre-petition duties, the debtor's post-petition duties, whether the debtor qualified to file a Chapter 13 case, and the issues related to loss mitigation. I interviewed the debtor on more than one occasion in connection with the preparation of her schedule and plan before they were filed.

4.Based upon the firm's time records, no less than $2,409.50 of services were rendered by the firm's staff prior to the bankruptcy filing. The only expense incurred was the filing fee of $313.00.

5.The Debtor agreed to compensate the firm at its customary rates for Chapter 13 cases: $400.00 an hour for the services rendered by the undersigned and $150.00 an hour for services rendered for paralegal services.

Date: Dec. 15, 2022*Norma E. Ortiz*
Brooklyn, NYNorma E. Ortiz, Esq. (NEO 4748)
Of Counsel
Pardalis & Nohavicka LLP
35-10 Broadway, Ste. 201
Astoria, New York 11106

Stella Doulis

| Date | User | Activity | Rate | Time | Total | Description |
|---|---|---|---|---|---|---|
| 9/28/2022 | Norma Ortiz | Telephone call | $450.00 | 0.4 | $180.00 | Cal regarding bankruptcy filing, income, expenses, and violations on the woodside property |
| 10/6/2022 | Norma Ortiz | Email: Preparation, Review or Response | $450.00 | 0.1 | $45.00 | Review and respond to Stella's Inquiry. |
| 12/1/2022 | Norma Ortiz | Document: Draft, Revise or Review | $450.00 | 0.5 | $225.00 | Review petition and schedules and create list of questions in preparation for conference with debtor. Review deed and debt documents for accuracy (.5) |
| 12/1/2022 | Norma Ortiz | Communicate (with client) | $450.00 | 0.4 | $180.00 | reviewed schedules with debtor and discussed changes |
| 12/1/2022 | Norma Ortiz | Document preparation | $450.00 | 0.3 | $135.00 | amend schedules |
| 12/5/2022 | Norma Ortiz | Document preparation | $475.00 | 0.4 | $190.00 | Prepare plan; contact state court attorney to ascertain if they have the amount of arrearages due for plan prep (.1) |
| 12/5/2022 | Norma Ortiz | Meeting | $475.00 | 0.3 | $142.50 | Met with debtor to obtain signatures on petition and schedules |
| 7/12/2022 | Nicolas Santacruz | Document preparation | $150.00 | 0.7 | $105.00 | Worked on clients I&J and sent to NEO for review. |
| 10/5/2022 | Nicolas Santacruz | Email: Preparation, Review or Response | $150.00 | 0.5 | $75.00 | Went trough what we had and asked for 2nd questionnaire going into detail of how to input personal items and income. |
| 10/14/2022 | Nicolas Santacruz | Document: Draft, Revise or Review | $150.00 | 1.3 | $195.00 | Created first draft of petition and a list of outstanding questions and documents. |

| Date | Attorney | Activity | Rate | Hours | Amount | Notes |
|---|---|---|---|---|---|---|
| 10/18/2022 | Nicolas Santacruz | Document: Draft, Revise or Review | $150.00 | 0.8 | $120.00 | Used information from phone call to work on finalizing the petition. From the amounts in personal property that hey put in, I had to ask for a more detailed list to adjust or justify. |
| 10/18/2022 | Nicolas Santacruz | Telephone call or Text | $150.00 | 0.5 | $75.00 | Half an hour call with Stella and Gus to understand their income and expenses and personal property, mostly. Although I did go over all my outstanding questions for the entire petition. |
| 10/25/2022 | Nicolas Santacruz | Document: Draft, Revise or Review | $150.00 | 0.7 | $105.00 | Added responses client emailed on Friday and asked for rental home basic info to finalize first draft. |
| 10/27/2022 | Nicolas Santacruz | Document: Draft, Revise or Review | $150.00 | 0.2 | $30.00 | Added rental house info and asked for approximate value. |
| 11/17/2022 | Nicolas Santacruz | Document: Draft, Revise or Review | $150.00 | 1.9 | $285.00 | Made changes the client requested and then reviewed entire petition to finalize a draft for the attorney. However, I found too many issues, so I emailed the client a list of follow up questions. |
| 11/23/2022 | Nicolas Santacruz | Document: Draft, Revise or Review | $150.00 | 0.3 | $45.00 | Added akas, took out rental property, and made sure the I&J were good to go for the attorney's review. |
| 12/5/2022 | Nicolas Santacruz | Document: Draft, Revise or Review | $150.00 | 1.6 | $240.00 | Finalized and filed petition |
| 10/14/2022 | Nicolas Santacruz | Expense- Filing fee | $37.00 | 1 | $37.00 | NextChapter |
| | | | | | $2,409.50 | |